UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: CASE NO. 16-01342-RCT
CHAPTER 13

JAMES R BELL aka JAMES RENWICK
BELL, III aka JAIME R BELL
LAURA BELL aka LAURA KRISTIN
BELL

    Debtor.
_____/

**NOTICE OF CHANGE OF ADDRESS FOR TRUSTEE PAYMENTS**
**(Claim No. 2) (6413 Forestwood Dr., West Lakeland, FL 33811)**

    **COMES NOW,** BSI Financial Services, as servicing agent for HMC Assets, LLC, solely in its capacity as separate trustee of CAM XIV Trust, by its attorney, and hereby requests that the Trustee payment address on its claim (Claim No. 2) in the instant bankruptcy proceeding be changed to:

**BSI FINANCIAL SERVICES**
**PO BOX 679002**
**DALLAS, TX 75267-9002**

    This address change only pertains to Trustee payments. Court notices are to be mailed to:

**BSI FINANCIAL SERVICES**
**1425 GREENWAY DRIVE, SUITE 400**
**IRVING, TX 75038**

16-01350-B

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the Attached Mailing List this 29TH day of November, 2017.

DELUCA LAW GROUP, PLLC
Attorney for Secured Creditor
2101 NE 26th Street
Fort Lauderdale, Florida 33305
Phone: (954) 368-1311
Fax: (954) 200-8649
odeluca@delucalawgroup.com

/s/Orlando DeLuca
ORLANDO DELUCA, ESQ.
FBN: 719501

Mailing List

*Debtor*
**James R Bell, III**
**Laura K Bell**
6413 Forestwood Dr West
Lakeland, FL 33811

*Trustee*
**Kelly Remick**
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

**Jose E Lopez**
LawyerASAP, LLP
150 N. Orange Avenue, Suite 303
Orlando, FL 32801
321-320-9200
Fax : 321-355-7128
Email: jlopez@lawyerasap.comFax : (866) 265-8995
Email: bk@lojmpa.com

16-01350-B