ORDERED.

Dated: January 25, 2018

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

JAMES R. BELL, III and
LAURA K. BELL,

Debtor(s)[1]
_____/

Case No. 8:16-bk-03142-MGW
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO REINSTATE**
**CHAPTER 13 CASE AND REQUEST FOR ATTORNEY'S FEES (DOC. NO. 34)**

THIS CASE came on for a hearing on January 22, 2018 upon the Debtor's Motion to Reinstate Chapter 13 Case and Request for Attorney's Fees (Doc. No. 34). The Court, having heard argument of counsel and having reviewed the record, is satisfied that it is appropriate to reinstate this Chapter 13 Case. Accordingly, it is

**ORDERED:**

1. The Debtor's Motion to Reinstate Chapter 13 Case and Request for Attorney's Fees (Doc. No. 34) is hereby GRANTED.

2. The Order Granting Trustee's Motion to Dismiss for Debtor's Failure to Comply with a Material Term in the Order Confirming Plan (Doc. No. 32) entered on November 30, 2017, is hereby VACATED and the case is reinstated as an active Chapter 13 case.

3. The Debtor shall turnover their 2016 tax refund to the Chapter 13 Standing, in addition to regular Plan payments, for the additional benefit of unsecured creditors on or before February 13, 2018 or the case will be dismissed without further hearing or notice.

4. The Trustee shall pay the Debtor's Counsel, Jose E. Lopez, Esquire, the additional sum of $300.00 as an approved administrative expense for attorney's fees and expenses.

Debtor's Counsel, Jose E. Lopez, Esquire, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/CCP/ra                                                                                                              C13T 01/24/18

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.