**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 8:16-bk-03142-MGW
 Chapter 13
JAMES R. BELL, III and
LAURA K. BELL,

Debtor(s)[1]
_____/

## TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on the movant, **Kelly Remick, Chapter 13 Standing Trustee at P.O. Box 6099, Sun City Center, Florida 33571-6099,** and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, Kelly Remick, Chapter 13 Standing Trustee, by and through her undersigned attorney, and files this, Trustee's Motion to Modify Confirmed Plan, and in support thereof would state as follows:

1. The Debtor filed a petition for relief under Chapter 13 on April 13, 2016.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2. An Order Confirming Plan (Doc. No. 23) was entered on November 28, 2016.

3. The Trustee received a payment representing the Debtor's 2017 tax refund.

4. The allowed general unsecured claims have received a 100% distribution.

5. The Trustee requests the Order Confirming Plan (Doc. No. 23) be modified to allow distribution of tax refunds to pay the other creditors in the Plan.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order modifying the Debtor's Confirmed Plan to allow distribution of tax refunds to pay the other creditors in the Plan, and grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the Trustee's Motion to Modify Confirmed Plan was furnished electronically by CM/ECF and/or by First Class U.S. Mail to JAMES R. BELL, III and LAURA K. BELL, 6413 Forestwood Drive West, Lakeland, Florida, 33811; JOSE E. LOPEZ, ESQUIRE, LAWYERASAP, LLP, 150 North Orange Avenue, Suite 414, Orlando, Florida, 32801; and THE ATTACHED MAILING MATRIX on this 24th day of August, 2018.

/s/ Mara B. Mandell, Esquire
MARA B. MANDELL, ESQUIRE
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0856185
Attorney for the Trustee

KR/ra

```
Label Matrix for local noticing          BSI FINANCIAL SERVICES, as servicing agent f    James R Bell III
113A-8                                   c/o Deluca Law Group, PLLC                      6413 Forestwood Dr West
Case 8:16-bk-03142-MGW                   2101 NE 26th Street                             Lakeland, FL 33811-2412
Middle District of Florida               Fort Lauderdale, FL 33305-1535
Tampa
Fri Aug 24 11:35:28 EDT 2018

Laura K Bell                             Recovery Management Systems Corp.               Aargon Agency
6413 Forestwood Dr West                  Attn: Ramesh Singh                              8668 Spring Mountain Rd
Lakeland, FL 33811-2412                  25 SE Second Avenue, Ste 1120                   Las Vegas, NV 89117-4132
                                         Miami, FL 33131-1605


Ar Resources Inc                         BSI Financial Services                          BSI Financial Services
Bankruptcy                               1425 Greenway Drive, Suite 400                  7500 Old Georgetown Rd
Po Box 1056                              Irving, TX 75038-2480                           Suite 1350
Blue Bell, PA 19422-0287                                                                 Bethesda, MD 20814-6240


Debt Recovery Solution                   Department of Revenue                           Internal Revenue Service
Attention:  Bankruptcy                   PO Box 6668                                     P.O. Box 7346
900 Merchants Concourse Ste Ll11         Tallahassee, FL 32314-6668                      Philadelphia, PA 19101-7346
Westbury, NY 11590-5121


Karmen & Michaels Fin                    Rushmore Loan Management                        Synchrony Bank
1000 Bristol St N #17-132                PO Box 55004                                    Recovery Management Systems Corporation
Newport Beach, CA 92660-8916             Irvine, CA 92619-5004                           25 S.E. 2nd Avenue, Suite 1120
                                                                                         Miami, FL 33131-1605


WATSON CLINIC LLP                        United States Trustee - TPA7/13 7+              Maurice D Hinton +
P.O BOX 95000                            Timberlake Annex, Suite 1200                    Deluca Law Group
LAKELAND, FL 33804-5000                  501 E Polk Street                               2101 NE 26th Street
                                         Tampa, FL 33602-3949                            Fort Lauderdale, FL 33305-1535


Kelly Remick +                           Jose E Lopez +                                  Orlando DeLuca +
Chapter 13 Standing Trustee              LawyerASAP, LLP                                 DeLuca Law Group, PLLC
Post Office Box 6099                     150 North Orange Avenue, Suite 414              2101 NE 26th Street
Sun City, FL 33571-6099                  Orlando, FL 32801-2317                          Fort Lauderdale, FL 33305-1535



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)HMC Assets, LLC                       (d)Kelly Remick +                               End of Label Matrix
                                         Chapter 13 Standing Trustee                    Mailable recipients    20
                                         Post Office Box 6099                           Bypassed recipients     2
                                         Sun City, FL 33571-6099                        Total                  22
```