**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                                                              Chapter 13
                                                                                      Case No.: 8:16-bk-03142-MGW

**JAMES R. BELL, III**
AKA JAMES RENWICK BELL, III
AKA JAMIE R. BELL
**LAURA K. BELL**
AKA LAURA KRISTIN BELL

      Debtors.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST** ("Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 5th day of September, 2018.**

                                                                                Respectfully submitted,

                                                                                **GHIDOTTI | BERGER, LLP**
                                                                                *Attorneys for Secured Creditor*
                                                                                 3050 Biscayne Blvd. - Suite 402
                                                                                 Miami, Florida 33137
                                                                                 Telephone: (305) 501.2808
                                                                                 Facsimile: (954) 780.5578

                                                          By:    /s/ Chase A. Berger
                                                                                      Chase A. Berger, Esq.
                                                                                      Florida Bar No. 083794
                                                                                      cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
       Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**James R. Bell, III**
6413 Forestwood Drive West
Lakeland, FL 33811

*Joint Debtor*
**Laura K. Bell**
6413 Forestwood Drive West
Lakeland, FL 33811

*Debtors' Counsel*
**Jose E. Lopez, Esq.**
150 North Orange Avenue, Suite 414
Orlando, FL 32801

*Trustee*
**Kelly Remick**
Post Office Box 6099
Sun City, FL 33571

*Trustee's Counsel*
**Mara B. Mandell, Esq.**
P.O. Box 6099
Sun City Center, FL 33571

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By:  /s/ Chase A. Berger
       Chase A. Berger, Esq.