**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                      CHAPTER 13
                                                 CASE NO: 8-16-bk-03142-MGW

James R Bell III
Laura K Bell

_____/

**NOTICE OF FINAL CURE PAYMENT**

      Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Kelly Remick, files this Notice of Final Cure Payment indicating that the amount required to cure the default, per the claim, has been received by the Trustee and disbursed to the creditor as listed below.

Name of Creditor: HMC Assets, LLC as Trustee.

Last Four Digits of Account Number: 9359.

Real Property Located at 6413 Forestwood Dr West, Lakeland, FL 33811.

| Final Cure Amount(s) |
| --- |
| Court Claim No. 2.<br><br>Amount of allowed pre-petition arrearage: $26,504.60.<br><br>Amount of pre-petition arrearage paid by the Trustee: $26,504.60.<br><br>Amount of Total Post-Petition FRBP 3002.1(c) filings: $0.00.<br>Amount of Post-Petition FRBP 3002.1(c) paid by the Trustee: $0.00. |

| Monthly Ongoing Mortgage Payment |
| --- |
| Paid through the Chapter 13 Trustee as a conduit: $33,013.46.<br>Paid direct by the Debtor(s): Unknown.<br>Paid through the Chapter 13 Trustee as a GAP payment(s): $0.00. |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), within 21 days of the service of the Notice of Final Cure Payment, the creditor shall file and serve on the Debtor, Debtor's Counsel and Trustee a statement indicating (1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and (2)

whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to rule 3001(f). Failure to file and serve the statement may subject the creditor to further action of the court including possible sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF system at the e-mail address registered with the Court on this 21st day of March, 2019.

James and Laura Bell, 6413 Forestwood Dr West, Lakeland, FL 33811
LawyerASAP, LLP, 150 North Orange Ave, Ste 414, Orlando, FL 32801
HMC Assets, LLC as Trustee, c/o BSI Financial Services, PO Box 679002, Dallas, TX 75267
Deluca Law Group, LLC, 2101 NE 26th Street, Fort Lauderdale, FL 33305

/s/ Kelly Remick
KELLY REMICK
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 6099
SUN CITY CENTER, FLORIDA 33571

KR/gh                                                                                    C13T  3.21.19